FILED
2017 Sep-19 AM 09:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| RAY CHARLES SCHULTZ, | ) |
| Petitioner, | ) |
| v. | ) Case Number: 5:17-cv-00269-VEH-JHE |
| STATE OF ALABAMA, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On August 3, 2017, the magistrate judge entered a Report and Recommendation, (doc. 8), recommending that the petition for writ of habeas corpus be dismissed without prejudice. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be **DISMISSED**. A separate Order will be entered.

**DONE** this 18th day of September, 2017.

**VIRGINIA EMERSON HOPKINS**
United States District Judge